IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARHONDA MITCHELL, individually and on behalf of all others similarly situated, | : : : : | CIVIL ACTION NO. 19-02877 |
| Plaintiff, | : : | |
| v. | : : | |
| COVANCE, INC. and CHILTERN, INTERNATIONAL, INC., | : : : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **3rd** day of **February, 2020**, upon consideration of the Plaintiff's motion to conditionally certify a collective action (ECF No. 16) and the related briefing (ECF No. 19; ECF No. 20) and following oral argument on the motion held January 23, 2020, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Plaintiff's motion is **DENIED without prejudice.**

It is further **ORDERED** that notice of a pretrial conference pursuant to Federal Rule of Civil Procedure 16 and Local Rule of Civil Procedure 16.1(b) shall issue.

        **AND IT IS SO ORDERED.**

                          */s/ Eduardo C. Robreno*
                          *EDUARDO C. ROBRENO,     J.*